IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

REINA ELIZABETH GRANADOS

    Plaintiff,

v.                                 CASE NO.
                                    Lower Court Case No. 13C17110301
KRAUSE'S LITE FARE, CO., et al,     NOTICE OF REMOVAL OF ACTION
                                    UNDER 28 U.S.C. § 1441(b) (FEDERAL
    Defendants                      QUESTION)

_____/

## **NOTICE OF REMOVAL**

TO THE CLERK OF THE ABOVE ENTITLED COURT

      PLEASE TAKE NOTICE that pursuant to 28 U.S.C § 1332, 28 U.S.C § 1441, and 28 U.S.C. § 1446, Defendants Krause's Lite Fare, Co. ("Krause's") and Yong Kil Hwang ("Hwang"), by and through their attorneys, David F. Clinnin, Esquire, hereby file this Notice of Removal to the United States District Court for the District of Maryland, from the Circuit Court for Howard County, Maryland, the case styled *Reina Elizabeth Granados v. Krause's Lite Fare, Co., et al.,* Howard County Circuit Court, Maryland, Case No. 13C17110301 (the "State Action"). As grounds for the removal, Defendants state the following:

      1.     On or about January 20, 2017, an action was commenced by Plaintiff in the Circuit Court of Maryland for Howard County, Maryland entitled *Reina Elizabeth Granados v. Krause's Lite Fare, Co., et al.,* Case No. 13C17110301.

      2.     Service of the Complaint in the State Action was effectuated upon the Defendants on February 17, 2017 less than thirty (30) days prior to the filing of this Notice of Removal. See, Affidavit of Service, Exhibit A. A copy of the Summons, Complaint and Civil - Non-Domestic

Case Information Report served on Defendants in the State Action is attached hereto as Exhibit B. These are the only documents served upon Defendant in this case.

3. This Notice of Removal is therefore timely filed pursuant to 28 U.S.C. § 1446(b). The Defendants shall cause to be filed a copy of this Notice of Removal with the Circuit Court for Howard County, Maryland, in compliance with 28 U.S.C. § 1446(d).

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and one which may be removed to this Court by Defendants pursuant to 28 U.S.C. §1441(d) in that it arises under the Constitution, laws or treaties of the United States, specifically the federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § §201, *et seq.* ("FLSA") Removal is appropriate based on federal question jurisdiction, 28 U.S.C. §1331.

5. The State Action brings claims against the Defendants based on liability under the FLSA and the law of the state of Maryland based on the Maryland Wage and Hour Law, Maryland Code, Labor and Employment, §3-401, *et seq.*, the Maryland Wage Payment and Collection Act, Maryland Code, Labor and Employment, §3-501, *et seq.*, (the "State Wage and Hour Claims") and a claim for battery. The State Wage and Hour Claims are intimately related to the claims in the action based on the FLSA such that they form a part of the same case or controversy under Article III of the United States Constitution. As to the State Wage and Hour Claims, this court has supplemental jurisdiction under 28 U.S.C §1367(a). The battery claim does not arise out of the same nucleus of operative facts as the FLSA and the State Wage and Hour Claims. The battery claim is not closely related to either the FLSA or the State Wage and Hour Claims. Consequently, the battery claim must be severed and remanded to the state court pursuant to 28 U.S.C. §1441(c).

6. Defendants Krause's and Hwang are the only defendants named in this action, and therefore there are no issues as to consent of any other entity to this removal.

7. Because all elements of federal question jurisdiction and supplemental jurisdiction are satisfied, the litigation is both appropriate and proper in the United States District Court for which this removal has been filed.

**WHEREFORE**, Defendants Krause's and Hwang, hereby petition for removal of this action from the Circuit Court for Howard County, Maryland to the United States District Court for the District of Maryland, and request a waiver of any bond requirements.

/s/ David F. Clinnin
David F. Clinnin, Esquire
U.S. District Court Bar No. 00185
Law Offices of David F. Clinnin
100 West Road, Suite 300
Towson, Maryland 21204
410-494-4640
866-610-6735 (fax)
clinnin@clinninlaw.net

Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Petition for Removal of Defendants, Krause's Lite Fare, Co. and Yong Kil Hwang, was served by regular U.S. Mail, on March 15, 2017 to the following:

Gregg C. Greenbert, Esquire
Roy Lyford-Pike, Esquire
Zipin, Amster & Greenberg, LLC
8757 Georgia Ave., Ste. 400
Silver Spring, MD 20910

Counsel for Plaintiff

/s/ David F. Clinnin
David F. Clinnin, Esquire